# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 28, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 15-20297    Mable Caleb v. Terry Grier, et al
                USDC No. 4:12-CV-675

The court has granted appellant's unopposed motion to file a corrected brief and to exceed the word count limitation, not to exceed 21,200 words in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Gardner*

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. John M. Hopkins
Mr. Laurence Wade Watts