# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 23, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-20297   Mable Caleb v. Terry Grier, et al
              USDC No. 4:12-CV-675

The court has granted appellee's unopposed motion for leave to file the brief in excess of the page and word limitations.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
James deMontluzin, Deputy Clerk
504-310-7679

Mr. John M. Hopkins
Ms. Holly Gene McIntush
Mr. Laurence Wade Watts